UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 1:24-cr-61 |
| v. | ) District Judge Curtis L. Collier |
| CHRISTOPHER WASHINGTON | ) Magistrate Judge Christopher H. Steger |

**O R D E R**

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not-guilty plea to Count One of the one-count Information; (2) accept Defendant's guilty plea to Count One of the one-count Information; (3) adjudicate Defendant guilty of conspiracy to distribute more than 100 grams of para-fluorofentanyl, a fentanyl analogue, in violation of 21 U.S.C. §§ 841(a), 841(b)(1)(A), and 846; and (4) order that Defendant remain in custody pending sentencing or further order of this Court. (Doc. 8.)

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 8) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea to Count One of the one-count Information is **GRANTED**;

2. Defendant's plea of guilty to Count One of the one-count Information is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute more than 100 grams of para-fluorofentanyl, a fentanyl analogue, in violation of 21 U.S.C. §§ 841(a), 841(b)(1)(A), and 846;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place before the undersigned on **November 20, 2024, at 2:00 p.m**. before the undersigned.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**